WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> KEYNOTE PROPERTIES, LLC; and MISSION HILLS HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 2:17-cv-01647-JCM-NJK <br><br> **STIPULATION AND ORDER REGARDING BILL OF COSTS [ECF NO. 46]** |

Plaintiff Federal National Mortgage Association ("Fannie Mae"), by and through its counsel of record, Dana Jonathon Nitz, Esq. and Christina V. Miller, Esq., of the law firm Wright, Finlay & Zak, LLP; and Defendant Mission Hills Homeowners Association (the "HOA"), by and through its counsel of record, Robert S. Larsen, Esq. and Wing Yan Wong, Esq., of the law firm Gordon Rees Scully Mansukhani, LLP, hereby stipulate and agree as follows:

WHEREAS, on June 13, 2017, Fannie Mae filed its Complaint against Keynote Properties, LLC ("Keynote") and the HOA, alleging the following causes of action: Declaratory Relief Under 12 U.S.C. §4617(j)(3) (against Keynote); Quiet Title Under 12 U.S.C. §4617(j)(3) (against Keynote); Declaratory Relief Under Amendments V and XIV to the United States Constitution (against Keynote and the HOA); Quiet Title Under Amendments V and XIV to the

United States Constitution (against Keynote and the HOA); and Permanent and Preliminary Injunction (against Keynote).  ECF No. 1.

WHEREAS, on March 14, 2018, the Court entered its Order granting in part and denying in part the HOA's Motion to Dismiss (ECF No. 8), thereby dismissing the first, third and fifth causes of action as to the HOA only.  ECF No. 42.

WHEREAS, on June 14, 2018, the Court entered its Order granting Fannie Mae's Motion for Summary Judgment (ECF No. 31), concluding that Fannie Mae's interest in the property survived the alleged foreclosure, pursuant to the Federal Foreclosure Bar (12 U.S.C. §4617(j)(3)).  ECF No. 43.

WHEREAS, on June 28, 2018, Fannie Mae filed its Ex Parte Application for Release of Cash Deposit (ECF No. 45) and Bill of Costs (ECF No. 46).

WHEREAS, on July 12, 2018, the HOA filed an Objection to the Bill of Costs.  ECF No. 48.

WHEREFORE, based on the foregoing,

///
///
///
///
///
///
///
///
///
///
///
///
///
///

IT IS HEREBY STIPULATED, for the purpose of clarification, that the Bill of Costs is asserted against Keynote only in light of Fannie Mae's causes of action for Declaratory Relief and Quiet Title Under 12 U.S.C. §4617(j)(3), which were alleged against Keynote and not the HOA, and form the basis of this Court's entry of summary judgment in Fannie Mae's favor.

IT IS FURTHER STIPULATED that, because the Bill of Costs is brought against Keynote only, the HOA hereby withdraws its Objection to the Bill of Costs. ECF No. 48.

IT IS SO STIPULATED.

DATED this 19th day of July, 2018.
WRIGHT, FINLAY & ZAK, LLP


/s/ Christina V. Miller, Esq.
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff Federal National Mortgage Association*

DATED this 19th day of July, 2018.
GORDON REES SCULLY MANSUKHANI, LLP


/s/ Wing Yan Wong, Esq.
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
*Attorney for Defendant Mission Hills Homeowners Association*


**IT IS SO ORDERED.**

DATED: August 6, 2018


_____
UNITED STATES MAGISTRATE JUDGE